# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BRENDAL ODOM,

      Plaintiff,

v.

      Case No. 05-71612
      Hon. Gerald E. Rosen
      Magistrate Judge Mona K. Majzoub

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

# ORDER ADOPTING
# MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     September 26, 2006

      PRESENT: Honorable Gerald E. Rosen
                      United States District Judge

      On May 11, 2006, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation ("R & R") recommending that the Court grant the Defendant Commissioner of Social Security's motion for summary judgment and deny Plaintiff Brendal Odom's motion for summary judgment. Plaintiff has not filed any objections to the R & R. Upon reviewing the R & R, the parties' motions, and the record as a whole, the Court fully concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

      Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's May 11, 2006 Report and Recommendation is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED that, for the reasons stated in the R & R, Defendant's motion for summary judgment is GRANTED and Plaintiff's motion for summary judgment is DENIED.

s/Gerald E. Rosen
Gerald E. Rosen
United States District Judge

Dated:  September 26, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 26, 2006, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry
Case Manager
